IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-222 NEB/DJF |
| | Date: September 20, 2022 |
| Ahmed Yasin Ali(2), | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant, | Time Commenced: 2:17 p.m. |
| | Time Concluded: 2:22 p.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 9/13/2022        Offense: conspiracy to commit wire fraud; wire fraud; money laundering

X Advised of Rights

on    X Indictment


X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD. for:
  X Arraignment hrg

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

s/ jam<br>Signature of Courtroom Deputy