RECEIVED

AUG 2 2 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS. MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-222 (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMED YASIN ALI,

Defendant.

**INFORMATION**

31 U.S.C. § 5324(a)(3)

THE UNITED STATES ATTORNEY CHARGES THAT:

## Count 1
(Structuring Transactions to Evade Reporting Requirements)

1.      In or about February 2021, in the State and District of Minnesota, the defendant,

**AHMED YASIN ALI,**

for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, did knowingly structure, attempt to structure, and assist in structuring his transactions with one or more domestic financial institutions by engaging in the following financial transactions:

| Transaction | Amount | Financial Institution |
|---|---|---|
| Cash withdrawal on February 2, 2021 | $3,636 | Home Federal Savings Bank |
| Cash withdrawal on February 17, 2021 | $3,350 | Home Federal Savings Bank |
| Cash withdrawal on February 24, 2021 | $3,650 | Home Federal Savings Bank |

SCANNED
AUG 2 2 2025 Cĸ
U.S. DISTRICT COURT MPLS

All in violation of Title 31, United States Code, Section 5324(a)(3).

## FORFEITURE ALLEGATIONS

2.    If convicted of Count 1 of this Information, the defendant shall forfeit to the United States of America, pursuant to Title 31, United States Code, Section 5317, all property, real or personal, involved in the offense and any property traceable to such property.

3.    If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5317(c) and by Title 28, United States Code, Section 2461(c).

Dated: August 22, 2025

JOSEPH H. THOMPSON
Acting United States Attorney

 /s/ *Harry M. Jacobs*
HARRY M. JACOBS
DANIEL W. BOBIER
MELINDA A. WILLIAMS
Assistant U.S. Attorneys