**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# PLEA AGREEMENT HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>Plaintiff,<br><br>v.<br><br>AHMED YASIN ALI,<br><br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:     22-cr-222 (2) (NEB/DTS)<br>Date:     August 22, 2025<br>Court Reporter:   Renee Rogge<br>Courtroom:   13W<br>Time Commenced:  3:10 p.m.<br>Time Concluded:  4:00 p.m.<br>Time in Court:  50 minutes |

APPEARANCES:
  Plaintiff:     Harry Jacobs, Assistant U.S. Attorney
  Defendant:    Jordan Kushner, CJA Appointed Attorney

Interpreter: Ayderus Ali/Somali

PROCEEDINGS:

ARRAIGNMENT:
  ☒ Waived Reading of Charges    ☒ Advised of Rights    ☒ Waiver of Indictment
on     Third Superseding Indictment  ☒  Information    Complaint

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty plea entered as to Count 1 of the Information.
☒  Presentence Investigation Report Requested.
☒  Defendant is released on bond conditions.

Date: August 22, 2025               s/Kristine Wegner
                                      Courtroom Deputy to Judge Nancy E. Brasel